IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAUL ALFREDO ESPINOSA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-197 |
| | § | |
| WARDEN FCI THREE RIVERS, | § | |
| | § | |
| Respondent. | § | |

# ORDER

The Court has received Petitioner's habeas petition (Dkt. No. 1), the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 7), and Petitioner's objections to the M&R (Dkt. No. 9).

After independently reviewing the record and applicable law, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the M&R (Dkt. No. 7), and **DISMISSES** the above-captioned case.

Final judgment will be entered separately.

SIGNED this 11th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge